■ HERBERT McMILLIAN, Petitioner, v RAYMOND KELLY et al., Respondents. [605 NYS2d 851] —Determination of respondent Police Department, dated April 6, 1992, which revoked peti-

tioner's pistol license, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Phyllis Gangel-Jacob, J.], entered February 18, 1993), is dismissed, without costs and disbursements.

Petitioner's pistol permit was properly revoked upon substantial evidence that he did not cooperate in the ensuing investigation *(see, Matter of Robinson v Ward,* 181 AD2d 585). Concur—Murphy, P. J., Sullivan, Rosenberger, Ross and Rubin, JJ.